NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CREATION UPGRADES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5098

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-788, Senior Judge John P. Wiese.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 15-day extension of time, until October 22, 2010, within which to file its responsive brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT  0 7 2010**
_____
        Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David Efron, Esq.
     Michael D. Austin, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT  0 7 2010**

**JAN HORBALY**
**CLERK**